JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01077-SSS-DTBx | Date | August 28, 2025 |
| Title | *Xili Wang v. Kristi Noem et al.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER DISMISSING CASE FOR MOOTNESS**

On July 29, 2025, the Court issued an order directing Plaintiff to show cause, in writing, by August 8, 2025, on why this action should not be dismissed due to mootness.  [Dkt. 9].  As of today's date, Plaintiff has not responded.  Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case **WITH PREJUDICE** for mootness.  The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**